United States District Court
Southern District of Texas
**ENTERED**
October 29, 2015
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-14-204 |
| | § | |
| LEONARD KIBERT, ET AL | § | |

## ORDER

Having considered Defendant Brown's Motion to Suppress and the Government's Response thereto, it is Ordered that Defendant's Motion is hereby DENIED.

_____
KEITH ELLISON
United States District Judge

*Signed at Houston, Texas on October 28, 2015.*

1