*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL CAUSE 4:14-CR-204** |
| | § | **JUDGE KEITH ELLISON** |
| **GREGORIUS BROWN** | § | |

## MOTION TO STRIKE EXPERT

*TO THE HONORABLE KEITH ELLISON*:

Greg Brown asks the court to strike the government's expert, and shows the following in support of this request:

1. Brown and several co-defendants are charged with health care fraud offenses. The trial is scheduled to begin on December 1.

2. On November 4, 2015, the government provided defense counsel with a notice of intent to call Mr. Stephen Scott Ward as a "Medicare Expert" during the trial. (Docket entry 146). The government does not, however, provide any of Mr. Ward's conclusions or the bases for his conclusions. Instead, the notice contains general descriptions of areas Mr. Ward will be asked about. Although this case has been pending for more than one and one-half years, the government provided this notice less than one month before the trial is scheduled to begin.

3. With regard to this expert witness, the government's notice fails to comply with Federal Rule of Criminal Procedure 16(a)(1)(G). Rule 16 requires - for each individual expert witness the government intends to call - that the government identify the witness's particular opinions, the bases and reasons for those opinions, and the witness's qualifications. The government's notice does not include Ward's resume or other listing of his qualifications. The notice similarly fails to provide any conclusions that he reached about the acts that will be the subject of this trial or the bases for

any conclusions he might have reached (but not disclosed). Brown's counsel cannot seek an expert to counter any of the government's (alleged) expert testimony or prepare to cross-examine the government's expert without the informtion required by Rule 16. The government has had many months to provide the basic information called for by Rule 16 but has not done so.

4. Because the government has not complied with Rule 16, Mr. Ward should not be permitted to testify as an expert witness.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Gregorius Brown

CERTIFICATE OF SERVICE

A copy of this motion was served on the AUSA by e-mail on November 14, 2015.

/s/ David Adler

_____

David Adler

CERTIFICATE OF CONFERENCE

The AUSA is presumably opposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL CAUSE 4:14-CR-204** |
| | § | **JUDGE KEITH ELLISON** |
| **GREGORIUS BROWN** | § | |

## ORDER ON MOTION TO STRIKE EXPERT

Brown's motion to strike expert is:

Granted.

Denied.

Signed on _____, 2015.

_____
Keith Ellison
United States District Judge