United States District Court
Southern District of Texas
**ENTERED**
November 17, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| v. | ' | Criminal No. H-14-204 |
| | ' | |
| LEONARD KIBERT, ET AL | ' | |
| DEFENDANTS | ' | |

## ORDER

Having considered Defendant Brown's Motion to Strike Expert and the government's Response to Brown's Motion to Strike Expert, Defendant's motion is hereby DENIED.

Signed on this the 17th day of November, 2015 at Houston, Texas

_____
United States District Judge
Hon. Keith P. Ellison

1