United States District Court
Southern District of Texas
**ENTERED**
April 06, 2016
David J. Bradley, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL CAUSE 4:14-CR-204-04** |
| | § | **JUDGE KEITH ELLISON** |
| **GREGORIUS BROWN** | § | |

## ORDER ON OPPOSED MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 29(a)

Brown's opposed motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(a) is:

Granted as of March 11, 2016.

The Clerk is ordered to enter a judgment of acquittal for Brown on all counts. Brown is discharged from his pretrial release conditions.

Signed on _5 April_, 2016.

Keith Ellison
United States District Judge